Kevlin Omar Brown  Julio Dante Lopez  Stephen Malone
1519 E. 29th St.  #161453 Tucson/Manza.  #312276 Tucson/Manza.
Douglas, Az. 85607  P.O. Box 24401  P.O. Box #24401
 Tucson, Az. 85734  Tucson, Az. 85734

1. Jason Michael Peterson  Anthony Gay
2. #362496 Tucson/Manza.  #188904 Tucson/Manza.
3. P.O. Box 24401  P.O. Box 24401
4. Tucson, Az. 85734  Tucson, Az. 85734
5.
6.
7.     UNITED STATES DISTRICT COURT
8.        DISTRICT OF ARIZONA
9.
10. Kevlin Omar Brown
11.       Plaintiff
12. Julio Dante Lopez          Case No. CV-23-550-TUC-KJCH(PSOT)
13.       Plaintiff
14. Stephen Malone
15.       Plaintiff           U.S.C.S. Fed. R. Civ. Proc.
16. Jason Michael Peterson    Rule 23(a)-(h) Title 42
17.       Plaintiff           U.S.C.S. §1997(e)
18. Anthony Gay               Jury Trial Demanded
19.       Plaintiff
20.
21.      VS.
22.
23. Ryan Thornell et al.,
24.       Respondents
25.
26.
27.            1 of 10

☒ FILED   ☐ LODGED

Dec 5 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1. Now comes Kevlin Omar Brown D.O.C.#324889,
2. Julio Dante Lopez D.O.C.#161453, Stephen Malone
3. D.O.C.#312276, Jason Michael Peterson D.O.C#362496,
4. and Anthony Gay D.O.C.#188904; Pursuant to
5. Title 42 U.S.C.S. §1997(e) suit by prisoners.
6. Claims Ryan Thornell is in violation of the U.S.
7. Constitution 8th. Amendment, Plaintiff's are
8. being exposed to Secondhand smoke Constituted
9. as "cruel and unusual punishment."
10. The health concerns by the Centers of Disease
11. Control and Prevention that 41,000 people die
12. from secondhand smoke each year. In 1993, the
13. U.S. Supreme Court ruled that prisoners exposed
14. to Secondhand smoke Constitute as "cruel and
15. unusual punishment." Ryan Thornell is violating
16. State Law because smoking in State buildings
17. is prohibited by law.
18. 
19. **I. Order and Opinion Below**
20. 
21. All Plaintiff's are exposed to secondhand smoke
22. for more then five years. Plaintiff's have a
23. receipt of sell of tobacco, a two week summary
24. of valume sold in one unit, Rule violation
25. Summary of Inmates Caught smoking, and a
26. store list of tobacco products/accessories
27.

1 available for purchase.
2 Plaintiff's have suffered <u>Irreparable Damage</u>
3 and experience sleepless nights, difficulty
4 breathing (that is dangerously worse when your
5 diagnose asthmatic). The <u>Irreparable Damage</u>
6 will cost Plaintiff's their lives do to the unknown
7 physical stress to the body chemically induced
8 by smoke.
9 Ground (1) Violation of the <u>8th Amendment of</u>
10 <u>the United State Constitution "Cruel and Unusual</u>
11 <u>punishment."</u> Inmates exposed to secondhand smoke
12 for long or brief periods are subjected to hundreds
13 of chemicals known to be toxic or carcinogenic,
14 including formaldehyde, benzen, Viny chloride,
15 arsenic ammonia, and hydrogen cyanide.
16
17 <u>II. Statement of Fact</u>
18
19 The State of Arizona sells to the Inmate population
20 tobacco and Inmates smoke in the State buildings.
21 Over 41,000 people die from secondhand smoke a
22 year. Also, in <u>1993 The U.S. Supreme Court</u>
23 <u>ruled that prisoners exposed to secondhand</u>
24 <u>smoke Constitute as "Cruel and unusual</u>
25 <u>punishment."</u> Plaintiff's are being exposed to
26 secondhand smoke and have been for over
27                 3 of 10

1  five years. SEE Exhibit A.
2
3  ### III. Statement of Issues Presented
4
5  Plaintiff Mr. Lopez and Plaintiff Mr. Brown have
6  been suffering from secondhand smoke for over
7  five years and studies have shown that
8  secondhand smoke kills the non-smoking; policy
9  can not be enforced, the physical stress to the
10 body by the chemically induced by smoking is
11 "cruel and unusual punishment." SEE Exhibit (D)
12 ADCRR Rule violation summary.
13 Question, Can a doctor claim that Plaintiff's
14 will not or will have long term illness, or
15 suggest that we will be fine, undermines
16 Plaintiff Mr. Brown torture experience every time
17 an Inmate "fires up" a cigarette to smoke,
18 waking him up from his sleep because it's hard
19 to breath, causing him headaches, elevating his
20 blood pressure, shifting his mood. All Plaintiff's
21 must endure this stressful situation and
22 environment by asking those Inmates that
23 smoke "Not to smoke in the building." While
24 endangering their wellbeing and the security
25 of the Institution when those individuals
26 want to fight the Plaintiff's because they lable
27

1  them as "police."
2
3  Plaintiff Mr. Lopez, suffers from the same issues
4  as Plaintiff Mr. Brown, and is subjected at the
5  mercy of all those who smoke. When Plaintiff
6  Mr. Lopez is forced to use his Albuterol HFA Inhaler
7  for his chronic asthma, making it difficult to breath
8  and not being able to walk away because of the
9  confinement. The cigarette smoke constructs
10 Plaintiff Mr. Lopez lungs, suffocating him with toxic
11 air. Plaintiff Mr. Lopez has purchase a value of
12 over a hundred dollars of tobacco for a week to
13 show proof of sale. SEE Exhibit A.
14
15 Robert Rowan, M.D. author of "Control High Blood
16 Pressure Without Drugs," copy right 2001, states
17 "Smoking increases the risk of heart and blood
18 vessel disease. This applies as well to filtered
19 cigarettes and to 'passive smoking'(inhaling the
20 smoke when near a person who smokes.)
21
22 In 2014 the U.S. Surgeon General concluded that
23 secondhand smoke is a definitive cause of
24 stroke. There is no risk-free level of exposure
25 to secondhand smoke and even short-term
26 exposure potentially can increase the risk
27

of heart attacks. The Institute of Medicine state that even relatively brief exposure to secondhand smoke can trigger a heart attack.

Plaintiff's are also being exposed to thirdhand smoke, which occur when cancer-causing residue from tobacco smoke sticks to surfaces such as carpets, clothing and walls. Residue lingers for weeks-to-months and can re-enter the air. Being a silent poison to non-smokers.

## IV. Statement of Relief Sought

Plaintiff's are petitioning long term cadillac medical care and any money the jury awards for the Irreparable Damage that has been inflicted by secondhand smoke. The cadillac medical care and money awarded by the jury is evidance by the Irreparable Damage the Plaintiff's will endure do to the decline of health issues/complications of secondhand smoke and the suffering from disabilities from long periods of time.

## V. Exhibit(s)

Exhibit (A) Receip of Sell

Exhibit (B) (1) Keefe Commissary Network Total Item List Summary For The Week
Date: 10/24/23 order: 24171664
Date: 10/31/23 order: 24216330

(2) Keefe Commissary Store Order List For Inmates.

Exhibit (C) Prison Legal News Article(s)
(1) March 2021 "Mississippi Department of Correction Lift Smoking Ban at it's Prison" by: Keith Sanders.

(2) May 2021 "Smoking on The Chain Gang." by: David M. Reutter

Exhibit (D) Arizona Department of Correction, Rehabilitation, & Reentry Rule Violation(s) Summaries.

Exhibit (E) Asthmatic Medication: Albuteral HFA Inhaler 6.7g.

1 | Exhibit (F) Palo Verde Hospital Medical Intake
2 |             Evaluation by Plaintiff Mr. Lopez.
3 |
4 | Exhibit (G) Documentation from The American
5 |             Lung Association; U.S. Surgeon
6 |             General; and the Institute of
7 |             Medicine.
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |

# Certificate of Service

U.S. District Court Clerk's Office
Sandra Day O'connor U.S. Courthouse, suit #130
401 W. Washington Street, spc-1
Phoenix, Arizona 85003-2118

Kevlin Omar Brown #324889    *Kevlin Omar Brown*
1519 E. 24th. Street         11-11-23
Douglas, Arizona 85607

Julio Dante Lopez #161453    *Julio Dante Lopez*
ASPC: Tucson/Manzanita       11-11-2023
P.O. BOX 24401
Tucson, Arizona 85734

Stephen Malone #312276       *Stephen J. Malone*
ASPC: Tucson/Manzanita       11-11-23
P.O. Box 24401
Tucson, Arizona 85734

9 of 10

<u>Certificate of Service</u>

1
2
3  Jason Michael Peterson #362496   [signature]
4  ASPC: Tucson/Manzanita            11-11-23
5  P.O. Box 24401
6  Tucson, Arizona 85734
7
8
9  Anthony Gay #188904   Anthony Sharif Gay
10 ASPC: Tucson/Manzanita   11/11/2023
11 P.O. Box 24401
12 Tucson, Arizona 85734